453 A.2d 332

**COMMONWEALTH of Pennsylvania**

v.

**Edgar J. HUDSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1982.

Decided Dec. 29, 1982.

Seymore H. Johnson, Jr., Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan Sacks, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

328

ORDER

PER CURIAM:

Judgment of sentence affirmed.